NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**GARY A. STRADER,**
*Petitioner,*

v.

**DEPARTMENT OF AGRICULTURE,**
*Respondent.*

---

2011-3137

---

Petition for review of the Merit Systems Protection Board in consolidated case nos. SF1221090692-W-1 and SF1221090907-W-1.

---

**ON MOTION**

---

**ORDER**

The Department of Agriculture moves for an extension of time, until September 29, 2011, to file its respondent's brief, and for an extension of time, until October 24, 2011, for Gary Strader to file his reply brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motions are granted.

FOR THE COURT

SEP 2 8 2011
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Paula Dinerstein, Esq.
Sonia M. Orfield, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

SEP 2 8 2011

JAN HORBALY
CLERK